**VAN–039** Statement of Presumed Abuse – Rev. 03/24/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Andres Quintana
 *( debtor has no known aliases )*
8705 Kimalden Court
Wake Forest, NC 27587

CASE NO.: 20–02391–5–SWH

DATE FILED: July 1, 2020

CHAPTER: 7

Jane Quintana
 *( debtor has no known aliases )*
8705 Kimalden Court
Wake Forest, NC 27587

STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the Bankruptcy Administrator has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and pursuant to 11 U.S.C. Sec. 704(b)(2), the Bankruptcy Administrator determines that: (1) the debtor's case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B); or (3) the debtor has not filed or transmitted all of the required means testing documents.

As required by 11 U.S.C. Sec. 704(b)(2) the Bankruptcy Administrator shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the Bankruptcy Administrator does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B).

Dated: August 7, 2020

                                              Stephanie J. Butler
                                              Clerk of Court